IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )         8:05CR50
                                 )
      v.                         )
                                 )
JAIME MARTINEZ-HERNANDEZ,        )         ORDER
                                 )
            Defendant.           )
_____)
```

This matter is before the Court on defendant's motion to continue Rule 11 hearing. For good cause shown,

IT IS ORDERED that said motion is granted; the Rule 11 hearing is rescheduled for:

**Friday, August 19, 2005, at 8:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between August 8, 2005, and August 19, 2005, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 4th day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court